UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| EVELAND, MICHAEL C., | ) | CASE NO.  06-81654 |
| Debtor. | ) | |
| | ) | |

## APPLICATION FOR ATTORNEY FEES AND MOTION
## FOR AUTHORITY OF TRUSTEE TO PAY ALLOWED FEES

NOW Come GARY T. RAFOOL, Trustee of the above bankruptcy estate, and SUMNER A. BOURNE, Attorney for Trustee of the above bankruptcy estate and Applicant, and make the following application for attorney fees and motion for authority to pay allowed fees, and state as follows:

1. Attorney Bourne was hired by the estate pursuant to application and order entered by this Court on February 14, 2007 to pursue and recover preferential transfers.  Said application and order provided pursuant to Bankruptcy Code Section 328 that attorney Bourne would be paid on a 1/3 contingency basis on the amount recovered.

2. Through settlement of an asserted preference payment to American Express Travel Related Services which was approved by this Court, Attorney Bourne has collected $4,000.00 for the bankruptcy estate.

3. According to the terms of the application and order of employment, Attorney Bourne is therefore applying for attorney fees in the amount of $1,333.33.

4. Attorney Bourne had the following expenses associated with the recoveries for which he hereby applies for reimbursement:   None.

5. The Trustee believes this application to be in accordance with the order approving employment, and believes that this application is in the best interests of the bankruptcy estate.

WHEREFORE, Trustee Gary T. Rafool and Applicant Sumner A. Bourne request that the Court issue an order as follows:

1. Attorney Sumner A. Bourne be allowed attorney fees in the amount of $1,333.33 for his services in regards to the recovery;

2. Trustee Gary T. Rafool be authorized to immediately pay said amount to attorney SUMNER A. BOURNE;

3. For such further and other relief as is just.

                                                    Respectfully Submitted,

Gary T. Rafool  
Chapter 7 Trustee  
1600 Associated Bank Plaza  
411 Hamilton Blvd.                    BY:    /s/ Gary T. Rafool  
Peoria, IL  61602                               Gary T. Rafool  
Telephone: (309) 673-5535


Sumner A. Bourne  
Rafool & Bourne, P.C.  
1600 Associated Bank Plaza  
411 Hamilton Blvd.                    BY:    /s/ Sumner A. Bourne  
Peoria, IL  61602                               Sumner A. Bourne  
Telephone: (309) 673-5535

<u>CERTIFICATE OF SERVICE</u>

  The undersigned certifies that this electronic document was served electronically through the court's electronic mailing system pursuant to the notice generated by the court upon the following parties:

        U.S. Trustee

Rafool & Bourne, P.C.
411 Hamilton, Suite 1600   BY: /s/ Sumner A. Bourne
Peoria, IL  61602
Telephone: (309) 673-5535