```
                UNITED STATES BANKRUPTCY COURT FOR THE
                     CENTRAL DISTRICT OF ILLINOIS

IN RE:                              |
EVELAND, MICHAEL C.                 |      NO. 06-81654 T
                                    |
                                    |      CHAPTER 7
                                    |
              DEBTOR(S)              |
```

))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))
                    TRUSTEE'S REPORT OF FINAL ACCOUNT
                       AND MOTION (APPLICATION) FOR
                          CLOSING AND DISCHARGE
))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))

GARY T. RAFOOL, trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that this estate has been fully administered. A Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain.

Therefore, pursuant to FRBP 5009, the trustee requests that this final account be accepted, and that the Court order the case closed and discharge the trustee of any further duties.

Date: September 28, 2007

                                    /S/ GARY T. RAFOOL
                                    CHAPTER 7 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

IN RE:                                                           In Proceedings
EVELAND, MICHAEL C.                     Under Chapter 7

                                                                 Case No. 06-81654 T

Debtor.

---

**CHAPTER 7 ASSET CASE SUMMARY OF FINAL REPORT**

---

| | | |
|---|---|---|
| $ 4,002.15 | 1. | TOTAL RECEIPTS |
| | | FEES AND EXPENSES |
| $ 1,016.41 | 2. | Trustee Compensation & Expenses |
| $ 1,333.33 | 3. | Fees & Expenses for Attorney for Trustee |
| $ 0.00 | 4. | Fees & Expenses for Attorney for Debtor |
| $ 0.00 | 5. | Other Professional Fees & Expenses |
| | | DISTRIBUTIONS |
| $ 0.00 | 6. | Secured Creditors |
| $ 0.00 | 7. | Priority Creditors |
| $ 1,402.41 | 8. | Unsecured Creditors |
| $ 0.00 | 9. | Equity Security Holders |
| $ 250.00 | 10. | Other Distributions Including Administrative |
| $ 0.00 | 11. | Payments to Debtor |
| $ 4,002.15 | 12. | TOTAL DISBURSEMENTS |

DATED: September 28, 2007

                                                                */s/ GARY T. RAFOOL*
                                                                GARY T. RAFOOL, TRUSTEE

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 06-81654 T  
**Case Name:** EVELAND, MICHAEL C.  

**Taxpayer ID #:** 13-7566833  
**Period Ending:** 09/28/07  

**Trustee:** GARY T. RAFOOL (330250)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****25-65 - Money Market Account  
**Blanket Bond:** $80,333,391.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/14/07 | {10} | American Express | Payment of Allowed Preference Recovery Settlement | 1241-000 | 4,000.00 | | 4,000.00 |
| 05/22/07 | 1001 | SUMNER A. BOURNE | Payment of Court Approved Attorney Fees | 3110-000 | | 1,333.33 | 2,666.67 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.97 | | 2,667.64 |
| 06/26/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 1.18 | | 2,668.82 |
| 06/26/07 | | To Account #********2566 | MONEY MARKET CLOSEOUT | 9999-000 | | 2,668.82 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,002.15 | 4,002.15 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 2,668.82 | |
| | | | **Subtotal** | | 4,002.15 | 1,333.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,002.15** | **$1,333.33** | |

{} Asset reference(s)   Printed: 09/28/2007 08:21 AM   V.9.55

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 06-81654 T
**Case Name:** EVELAND, MICHAEL C.
**Taxpayer ID #:** 13-7566833
**Period Ending:** 09/28/07

**Trustee:** GARY T. RAFOOL (330250)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****25-66 - Checking Account
**Blanket Bond:** $80,333,391.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/26/07 | | From Account #********2565 | MONEY MARKET CLOSEOUT | 9999-000 | 2,668.82 | | 2,668.82 |
| 08/07/07 | 102 | GARY T. RAFOOL | Dividend paid 100.00% on $15.87, Trustee Expenses; Reference: | 2200-000 | | 15.87 | 2,652.95 |
| 08/07/07 | 103 | GARY T. RAFOOL | Dividend paid 100.00% on $1,000.54, Trustee Compensation; Reference: | 2100-000 | | 1,000.54 | 1,652.41 |
| 08/17/07 | 101 | U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: 06-81654 | 2700-000 | | 250.00 | 1,402.41 |
| 08/17/07 | 104 | Chase Bank USA, N.A. | Dividend paid 7.27% on $2,409.00; Claim# 1; Filed: $2,409.00; Reference: XXXXXXXX7053 | 7100-900 | | 175.26 | 1,227.15 |
| 08/17/07 | 105 | CEFCU | Dividend paid 7.27% on $9,363.00; Claim# 2; Filed: $9,363.00; Reference: 464658 | 7100-900 | | 681.19 | 545.96 |
| 08/17/07 | 106 | American Express Centurion Bank | Dividend paid 7.27% on $7,437.75; Claim# 4; Filed: $7,437.75; Reference: XXXXXXX1000 | 7100-900 | | 541.12 | 4.84 |
| 08/17/07 | 107 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 4.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,668.82 | 2,668.82 | $0.00 |
| | | | Less: Bank Transfers | | 2,668.82 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 2,668.82 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$2,668.82** | |

{} Asset reference(s)

Printed: 09/28/2007 08:21 AM    V.9.55

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 06-81654 T  
**Case Name:** EVELAND, MICHAEL C.

**Taxpayer ID #:** 13-7566833  
**Period Ending:** 09/28/07

**Trustee:** GARY T. RAFOOL (330250)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****25-66 - Checking Account  
**Blanket Bond:** $80,333,391.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****25-65 | 4,002.15 | 1,333.33 | 0.00 |
| Checking # ***-*****25-66 | 0.00 | 2,668.82 | 0.00 |
| | $4,002.15 | $4,002.15 | $0.00 |

{} Asset reference(s)